NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES M. LINICK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5097

---

Appeal from the United States Court of Federal Claims in No. 10-CV-635, Judge Thomas C. Wheeler.

---

**JUDGMENT**

---

THOMAS J. SCOTT, JR., Goodwin Proctor LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was APRIL E. WEISBRUCH.

KATE RYZOC, Trial Attorney, Civil Division, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, argued for defendant-appellee. On the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JOHN FARGO, Direc-

tor , GARY L. HAUSKEN, Assistant Director, and Benjamin S. Richards, Attorney.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judge*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 18, 2013                    /s/ Daniel E. O'Toole
        Date                         Daniel E. O'Toole
                                     Clerk